AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

Jerome Marshall Carter

## WARRANT FOR ARREST

CASE NUMBER: 07-381-M-01

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _____Jerome Marshall Carter_____
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Probation Violation Petition

charging him or her with (brief description of offense)

Bank Robbery

in violation of Title _18_ United States Code, Section(s) _§ 2113(a)_

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

JUL 2 6 2007    District of Columbia
Date and Location

Bail fixed at $ _HWOB_   by [signature]
                              Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/26/2007 | JOHN M. LONG CI/DUSM | John M. Long |
| DATE OF ARREST | U.S. MARSHALS | |
| 7/30/2007 | | |