UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 07-381M |
| | : | |
| JEROME MARSHALL CARTER, | : | |
| | : | |
| Defendant. | : | |

UNITED STATES' MOTION FOR AN ORDER
DIRECTING THE DEFENDANT TO
SUBMIT TO THE TAKING OF MAJOR CASE PRINTS

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, hereby moves this Court for an Order directing the defendant to submit to the

taking of major case prints.  In support of this motion, the United States states as follows:

1.      The defendant currently is charged by complaint with one count of Bank Robbery

in connection with an offense that took place on July 23, 2007, at a SunTrust Bank located in

Southwest, Washington, D.C.  The defendant also is suspected of participating in at least nine

other bank robberies that occurred in Washington, D.C. between November 2006 and July 2007.

In many of those cases, crime scene technicians recovered finger and/or palm prints from the

teller windows at which the robberies occurred.

2.      The government requests that the Court order the defendant to provide major case

prints, including palm prints, to law enforcement agents so that a fingerprint expert can

determine whether the defendant's prints match the latent finger and palm prints that were

recovered from the scenes of the bank robberies in which he is a suspect.  It is well settled that

the Court has the authority to order a defendant to produce his body for the purpose of obtaining

such fingerprints. *Schmerber v. California*, 384 U.S. 757, 764 (1966). *See also, United States v. Hook*, 471 F.3d 766, 773-4 (7th Cir. 2006) ("[T]he taking of blood samples or fingerprints is not testimonial evidence and as such is not protected by the Fifth Amendment.")

WHEREFORE, the United States moves this Court for an Order directing the defendant to submit to the taking of major case prints by Special Agents of the Federal Bureau of Investigation.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____

ANGELA G. SCHMIDT
Assistant United States Attorney
555 4th Street, N.W., Fourth Floor
Washington, D.C.  20001
(202) 514-7273

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-381M |
| | : | |
| v. | : | |
| | : | |
| JEROME MARSHALL CARTER, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

Upon motion of the government in the above-captioned case for the defendant to submit to the taking of major case prints, and the Court having given consideration to the representations made, it is this _____day of August, 2007, ORDERED:

That the defendant, Jerome Marshall Carter, submit to the taking of major case prints by Special Agents of the Federal Bureau of Investigation upon request at any reasonable time at his place of confinement or such other place as is mutually agreeable to the assigned agents and the United States Marshals Service.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Copies to:

Angela Schmidt
Assistant United States Attorney
555 4th St., N.W.
4th Floor
Washington, D.C. 20001

Tony Miles, Esq.
Federal Public Defender
625 Indiana Ave., N.W.
Suite 550
Washington D.C. 20004